1 BENJAMIN B. WAGNER
United States Attorney
2 TODD A. PICKLES
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     CASE NO. 2:13-CR-00228 MCE

12                 Plaintiff,     STIPULATION REGARDING EXCLUDABLE
TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.     FINDINGS AND ORDER

14 RUTH WILLIS,     [18 U.S.C. § 3161]

15                 Defendant.

16

17 **<u>STIPULATION</u>**

18      Plaintiff United States of America, by and through its counsel of record, and defendant Ruth

19 Willis, by and through her counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for a status on September 12, 2013.

21      2.      By this stipulation, defendant now moves to continue the status conference until

22 December 5, 2013 and to exclude time between September 12, 2013 and December 5, 2013, under Local

23 Code T4. The United States does not oppose this request.

24      3.      The parties agree and stipulate, and request that the Court find the following:

25          a)      The government has represented that the discovery associated with this case

26 includes investigative reports, loan records, and related documents in electronic form that constitute

27 approximately 6,700 pages. All of this discovery has been either produced directly to counsel.

28          b)      Counsel for the defendant desires additional time to conduct her investigation and

1

1 | research related to the charges, to review and copy discovery for this matter, to discuss potential
2 | resolutions with her client, and to otherwise prepare for trial.

        c)    Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)    The United States does not object to the continuance.

        e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 12, 2013, to December 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2013                        BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ Todd A. Pickles
                                                      TODD A. PICKLES
                                                      Assistant United States Attorney

Dated: September 10, 2013

                                                     /s/ Todd A. Pickles for
                                                     CANDACE FRY, ESQ.

                                                     Counsel for defendant Ruth Willis

**ORDER**

The next status conference will be set for December 5, 2013, at 9 a.m., in Courtroom 7 on the fourteenth floor of the Robert T. Masui Federal Courthouse.

IT IS SO ORDERED.

Dated: September 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT